■ NEW YORK MARINE AND GENERAL INSURANCE COMPANY, Appellant, v JORGENSEN & COMPANY et al., Respondents, et al., Defendant. [57 NYS3d 150]—

Order, Supreme Court, New York County (Saliann Scarpulla, J.), entered April 4, 2016 which, to the extent appealed from as limited by the briefs, granted defendant Jorgensen & Company's motion to dismiss the claims for an injunction and the subrogation claims and to compel arbitration of the remaining claims against it, unanimously affirmed, without costs.

The court correctly determined that the claims asserted against defendant Jorgensen, which plaintiff describes as essentially alleging "fraud and intentionally dishonest conduct,"

are subject to arbitration pursuant to the broad arbitration clause in the parties' Program Management Agreement (*see e.g. Szabados v Pepsi-Cola Bottling Co. of N.Y.*, 174 AD2d 342 [1st Dept 1991]). The complaint does not allege fraud in the inducement of the arbitration clause or fraud permeating the entire agreement (*see Matter of Silverman [Benmor Coats]*, 61 NY2d 299, 307-308 [1984]).

The court also correctly dismissed the disgorgement claim as subsumed within claims to be resolved by the arbitrator, and the claims for injunctive relief and subrogation are without merit. Concur—Friedman, J.P., Webber, Gesmer and Kern, JJ.